DOA
5/28/2026

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Kiiza Donald Atuhairwe<br>(Citizen of Uganda) | CRIMINAL COMPLAINT<br>CASE NUMBER: 26- 8182 MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about May 28, 2026, in the County of Maricopa, in the District of Arizona, Defendant KIIZA DONALD ATUHAIRWE, violated Title 18, United States Code, Section 111(a), Assault on a Federal Officer, described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent (SA) for Federal Bureau of Investigation (FBI), and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:        ☒ Yes        ☐ No

AUTHORIZED BY: AUSA Bradley Baugher

*Bradley Baugher*
Digitally signed by
BRADLEY BAUGHER
Date: 2026.05.30
11:38.47 -07'00'

SA Wyatt Storm
Name of Complainant

**WYATT STORM**
Digitally signed by WYATT STORM
Date: 2026.05.30
11:32:50 -07'00'

Signature of Complainant

Sworn to telephonically before me

5-30-26

Date                                                    at

Phoenix, Arizona
City and State

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

# ATTACHMENT A

## DESCRIPTION OF COUNT

### COUNT 1

**Assault on a Federal Officer**

On or about May 28, 2026, in the District of Arizona, Defendant, KIIZA DONALD ATUHAIRWE, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Immigration and Customs Enforcement Deportation Officer (DO) M.A., a person protected under Title 18, United States Code, Section 1114, engaged in and on account of the performance of his official duties, and Defendant, KIIZA DONALD ATUHAIRWE, did so by making physical contact, to wit: biting DO M.A.'s hands.

All in violation of Title 18, United States Code, Section 111(a).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Wyatt Storm, a Special Agent for the Federal Bureau of Investigation, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.    I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been since April 2009.  Prior to becoming a Special Agent, I attended the FBI Academy in Quantico, Virginia.  While at the FBI Academy, I received formal training in investigative techniques. I also received on-the-job training from supervisors, senior agents, and detectives regarding Federal Criminal Investigations.

2.    The facts in this affidavit come from my personal observations, my training and experience, information obtained from other investigators involved in the investigation, and information obtained from witnesses.

3.    Since this Statement of Probable Cause is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included all facts or sources of information establishing the violation of federal law.  Based on the below facts, I submit there is probable cause that KIIZA DONALD ATUHAIRWE, violated Title 18, U.S.C. § 111(a)(1), Assault on a Federal Officer.

### PROBABLE CAUSE

4.    Kiiza Donald Atuhairwe ("ATUHAIRWE") is a citizen and national of Uganda. ATUHAIRWE entered the United States on September 6, 2022, on an F-1 nonimmigrant visa.[1] On February 8, 2023, the Department of State terminated ATUHAIRWE's F-1 nonimmigrant visa status due to his failure to enroll in program complaint with the visa.  Since that time, there is no record of ATUHAIRWE leaving the United States.  Therefore, since February 8, 2023,

---

1 An F-1 nonimmigrant visa is a temporary, non-immigrant category that allows international students to enter the United States to pursue full-time academic or language studies at accredited colleges, universities, and other Student and Exchange Visitor-certified institutions

ATUHAIRWE has been unlawfully and illegally present in the United States.

5. On August 23, 2023, ATUHAIRWE was convicted of fourth degree sexual assault and disorderly conduct in the Douglas County Circuit Court in Superior, Wisconsin. ATUHAIRWE was represented by an attorney and sentenced to nine months in custody.

6. On May 6, 2025, an immigration judge in Chelmsford, Massachusetts found ATUHAIRWE removable under the Immigration and Nationality Act § 237(a)(1)(C)(i) and entered a final order of removal ("Final Order").

7. On May 28, 2026, while in the course of their official duties, ICE Officer M.A. and ICE Officer A.H. escorted detainee ATUHAIRWE from El Paso, Texas to Phoenix, Arizona via commercial flight with ultimate destination to Kampala, Uganda in accordance with the Final Order.  During the escort, ATUHAIRWE was not restrained in handcuffs, but he was not free to leave the custody of the ICE officers.  The scheduled departure itinerary was to include a flight from El Paso, Texas to Phoenix, Arizona with a short layover in Phoenix before departure to Kampala, Uganda.

8. On May 28, 2026, at approximately 7:44 P.M., ICE Officers M.A. and A.H. and ATUHAIRWE arrived at Sky Harbor International Airport (the "Airport") in Phoenix, Arizona. After landing and deboarding the plane, ATUHAIRWE asked to use the men's restroom in the terminal before the next flight to Uganda. Officer M.A. escorted ATUHAIRWE to the restroom while Officer A.H. went ahead to the American Airlines counter to make seat adjustments for their flight to Uganda.  ATUHAIRWE exited the bathroom and told Officer M.A. he wanted to smoke a cigarette.  M.A. told ATUHAIRWE they did not have time before their next flight. ATUHAIRWE continued to ask several more times and refused to comply with Officer M.A.'s verbal orders to keep walking toward their departure gate.  ATUHAIRWE then looked down at his shoes and ran away from Officer M.A.

9. Officer M.A. immediately began pursuing ATUHAIRWE through the Airport. Officer M.A. issued verbal commands to ATUHAIRWE including yelling "Police, Police, stop that guy" and "Police. Stop the man in the green sweatshirt." When ATUHAIRWE heard this, he removed his green sweatshirt and continued to run away from Officer M.A.  As

ATUHAIRWE continued his escape, he pushed several other unknown individuals out of his way, to include older adults and children.

10. After a foot pursuit through Terminal 4 at the Airport, and past several gates, ATUHAIRWE stopped running, turned toward Officer M.A., puffed up his chest and balled his fists in a fighting stance. Officer M.A. dove at ATUHAIRWE and tackled him around the ankles. ATUHAIRWE fell to the ground with Officer M.A. on top of him. While on ATUHAIRWE's back, Officer M.A. placed his hands in front of ATUHAIRWE in a sprawl move to restrain ATUHAIRWE until law enforcement with handcuffs could assist him with taking ATUHAIRWE into physical custody. At this time, ATUHAIRWE lunged his face toward Officer M.A.'s left hand and bit the top of it. While attempting to pull ATUHAIRWE's mouth off his left hand with his right hand, ATUHAIRWE released his bite on Officer M.A.'s left hand and bit down on Officer M.A.'s right ring finger. ATUHAIRWE held the bite for approximately one to five seconds. Officer M.A. screamed while his finger began to bleed. At that time, several unknown individuals in the Airport attempted to pull Officer M.A. off ATUHAIRWE. One unknown individual hit Officer M.A. in the head and another individual struck Officer M.A. in the right shoulder.

11. Phoenix Police Department arrived immediately after the assault and pulled ATUHAIRWE off Officer M.A. Officer A.H. arrived a few seconds after that and borrowed handcuffs from Phoenix Police so he could place ATUHAIRWE into restraints. ATUHAIRWE was restrained in handcuffs and escorted to a secure area of the Airport.

12. Paramedics responded and treated both ATUHAIRWE, who complained of shoulder pain, and Officer M.A. Officer M.A. was subsequently transported to a local hospital and then transferred to another hospital where he was treated for shoulder pain and the laceration on his finger.



*Photograph of injury to Officer M.A.'s finger.*

13.    On May 29, 2026, at approximately 2:33 P.M., law enforcement provided ATUHAIRWE with his *Miranda* rights in the English language.  ATUHAIRWE agreed to waive his rights and speak with law enforcement.  ATUHAIRWE said he ran because he was scared and "lost his mind".  ATUHAIRWE said he just needed a few minutes to clear his head either in a bathroom or outside the terminal.  ATUHAIRWE admitted to biting Officer M.A.'s finger, but stated that it was an accident and only because he could not breathe because M.A's finger was in his mouth.  ATUHAIRWE expressed remorse and said he would like to apologize for biting the agent and that it would not happen again.

//

//

//

//

//

//

//

14.   Based on the facts and circumstances stated in this Statement of Probable Cause, I submit there is probable cause to believe that the defendant, KIIZA DONALD ATUHAIRWE committed the offense alleged in the Complaint.

**WYATT STORM**
Digitally signed by WYATT STORM
Date: 2026.05.30 11:33:40 -07'00'

Wyatt Storm
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed telephonically this _30_ day of May, 2026.

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge